# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2427
Lower Tribunal No. CF95-000970-XX

_____

GARY BAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Susan L. Barber, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Gary Baker, Arcadia, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED